**E-filed 10/19/06**

1  DARRYL P. RAINS (State Bar No. 104802)
   MORRISON & FOERSTER LLP
2  755 Page Mill Road
   Palo Alto, California  94304-1018
3  Telephone: (650) 813-5600
   Facsimile: (650) 494-0792
4  Email: DRains@mofo.com

5  DIANE E. PRITCHARD (State Bar No. 96999)
   MORRISON & FOERSTER LLP
6  425 Market Street
   San Francisco, CA  94105-2482
7  Telephone: (415) 268-7000
   Facsimile:  (415) 268-7522
8  Email: DPritchard@mofo.com

9  Attorneys for Defendants
   TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
10  GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
   MANOLIU, and DITECH NETWORKS, INC.

11

12

13            UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15                SAN JOSE DIVISION

16

17  JAMES McKENNA, Derivatively on Behalf of       Case No. C 06-05242 JF
    Nominal Defendant DITECH NETWORKS,
18  INC.,                                          **STIPULATION REGARDING
                                                   TIME TO RESPOND TO
19                    Plaintiff,                   COMPLAINT**

20       vs.

21  TIMOTHY K. MONTGOMERY, SERGE
    STEPANOFF, WILLIAM J. TAMBLYN, TONI
22  M. BELLIN, ROBERT T. DEVINCENZI,
    GREGORY M. AVIS, WILLIAM A. HASLER
23  and ANDREI M. MANOLIU,

24                    Defendants,

25       – and –

26  DITECH NETWORKS, INC.,

27                    Nominal Defendant.

28

STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT
Case No. C 06-05242 JF
sf-2210510

1    IT IS HEREBY STIPULATED by and between plaintiff James McKenna, on the one

2  hand, and defendants Timothy K. Montgomery, William J. Tamblyn, Gregory M. Avis,

3  William A. Hasler, Andrei M. Manoliu, and Ditech Networks, Inc. (collectively "Defendants"),

4  on the other hand, through their respective counsel herein, that Defendants shall have a 30-day

5  extension of time from October 18, 2006, *i.e.*, through and including November 17, 2006, within

6  which to respond to the complaint in this action.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2  Dated: October 17, 2006                    BRAMSON, PLUTZIK, MAHLER &
                                              BIRKHAEUSER, LLP
3                                             ALAN R. PLUTZIK
                                              L. TIMOTHY FISHER
4                                             KATHRYN A. SCHOFIELD

5                                                      - and -

6                                             SCHIFFRIN & BARROWAY LLP
                                              ERIC L. ZAGAR
7                                             SANDRA G. SMITH

8
                                              By _____s/ Kathryn A. Schofield_____
9
                                                 Attorneys for Plaintiff
10                                               JAMES MCKENNA

11

12
    Dated: October 17, 2006                    MORRISON & FOERSTER LLP
13                                             DARRYL P. RAINS
                                              DIANE E. PRITCHARD
14

15
                                              By _____s/ Diane E. Pritchard_____
16
                                                 Diane E. Pritchard
17                                            Attorneys for Defendants TIMOTHY K.
                                              MONTGOMERY, WILLIAM J. TAMBLYN,
18                                            GREGORY M. AVIS, WILLIAM A.
                                              HASLER, ANDREI M. MANOLIU, and
19                                            DITECH NETWORKS, INC.

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT                    2
Case No. C 06-05242 JF
sf-2210510

1    I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this

2    Stipulation Regarding Time To Respond To Complaint.  In compliance with General Order 45,

3    X.B., I hereby attest that Kathryn A. Schofield, attorney for Plaintiff, James McKenna, has

4    concurred in this filing.

5

6

7    Dated: October 17, 2006                    MORRISON & FOERSTER LLP
                                                 DARRYL P. RAINS
8                                                DIANE E. PRITCHARD

9

10                                               By _____s/ Diane E. Pritchard_____

11                                                   Diane E. Pritchard
                                                 Attorneys for Defendants TIMOTHY K.
12                                               MONTGOMERY, WILLIAM J. TAMBLYN,
                                                 GREGORY M. AVIS, WILLIAM A.
13                                               HASLER, ANDREI M. MANOLIU, and
                                                 DITECH NETWORKS, INC.
14

15

16   **PURSUANT TO STIPULATON, IT IS SO ORDERED.**

17   Dated:  October _19_, 2006.

18                                               _____
                                                 The Honorable Jeremy Fogel
19                                               United States District Judge

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING TIME TO RESPOND TO COMPLAINT          3
Case No. C 06-05242 JF
sf-2210510