DARRYL P. RAINS (State Bar No. 104802)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792
Email: DRains@mofo.com

DIANE E. PRITCHARD (State Bar No. 96999)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522
Email: DPritchard@mofo.com

Attorneys for Defendants
TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
MANOLIU, and DITECH NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re DITECH NETWORKS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To: All Actions | Case No. C 06-05157 JF<br><br>**STIPULATION AND [PROPOSED] ORDER (1) RELATING AND CONSOLIDATING RELATED ACTIONS, (2) APPOINTING CO-LEAD PLAINTIFF AND CO-LEAD PLAINTIFFS' COUNSEL, AND (3) RE-SETTING CASE MANAGEMENT CONFERENCE** |

WHEREAS two actions were filed in this Court, *Donald W. Newman, Derivatively on Behalf of Nominal Defendant Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-05157 JF) ("*Newman*") and *James McKenna, Derivatively on Behalf of Nominal Defendant Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-05242 JF) ("*McKenna*"),

which purport to be derivative actions brought on behalf of Ditech Networks, Inc. ("Ditech") against various individuals alleging that those defendants engaged in the improper backdating of certain stock option grants during the period 1999 through 2001; and

WHEREAS the *Newman* and *McKenna* actions already have been (i) related pursuant to this Court's orders entered October 2, 2006 in those actions, and (ii) consolidated as *In re Ditech Networks, Inc. Derivative Litigation* (Case No. C 06-05157 JF), pursuant to this Court's order entered November 7, 2006, a copy of which is attached hereto as Exhibit A ("Consolidation Order"); and

WHEREAS the Consolidation Order provides that "[a]ny other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in [*Newman* and *McKenna*] shall be consolidated for all purposes, if and when they are brought to the Court's attention" (Exh. A at ¶ 2); and

WHEREAS a new action, entitled *Kenneth Lau, Derivatively on Behalf of Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-6877 PVT) ("*Lau*"), has been filed in this Court; and

WHEREAS the *Lau* complaint also purports to be brought derivatively on behalf of Ditech, against many of the same defendants as the *Newman* and *McKenna* cases, and seeks relief on behalf of the company arising out of alleged improper backdating of stock option grants since 1999; and

WHEREAS *Lau* arises out of or is related to the same facts as *Newman* and *McKenna* (s*ee* Exh. A at ¶ 2), the actions concern substantially the same parties, property, transaction or event, and it appears likely that there will be an unduly burdensome duplication of labor and expense if the cases are conducted before different judges (s*ee* Civil L. R. 3-12(a)); and

WHEREAS Lerach Coughlin Stoia Geller Rudman & Robbins, Counsel for plaintiff Kenneth Lau, and Schiffrin & Barroway, Counsel for plaintiffs Donald W. Newman and James McKenna, have agreed to a structure by which Lau, Newman and McKenna will be Lead Plaintiffs, with their counsel Lerach Coughlin and Schiffrin & Barroway serving as Co-Lead Counsel in this action; and

1  WHEREAS nominal defendant Ditech Networks, Inc. takes no position as to the
2  appointment of Kenneth Lau, Donald W. Newman and James McKenna as Lead Plaintiffs and
3  Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-
4  Lead Counsel; and

5  WHEREAS a case management conference date set in one of the two originally
6  consolidated actions was vacated, but a case management conference set for December 1, 2006 in
7  the other action was not vacated; and

8  WHEREAS the Consolidation Order provides for the filing of a Consolidated Complaint
9  by December 22, 2006, with a response to the Consolidated Complaint due 45 days after the
10 service of the Consolidated Complaint, and sets out a briefing schedule for any motion to dismiss
11 (*see* Exh. A at ¶¶ 16-19); and

12 WHEREAS the parties believe it would serve the interests of judicial efficiency and
13 effective case management to conduct the case management conference after the *Lau* action has
14 been consolidated in this proceeding,

15 NOW, THEREFORE, IT IS HEREBY STIPULATED by and among plaintiff Donald W.
16 Newman, plaintiff James McKenna, plaintiff Kenneth Lau, and defendant Ditech, through their
17 respective counsel of record, as follows:

18 1. The *Lau* action should be related to and consolidated for all purposes with *In re*
19 *Ditech Networks, Inc. Derivative Litigation*, Case No. C 06-05157 JF, pursuant to the Court's
20 Consolidation Order, and all pleadings in *Lau* shall be filed in conformity with the Court's
21 Consolidation Order.

22 2. A Consolidated Complaint including the *Newman*, *McKenna* and *Lau* claims,
23 which will supersede all existing complaints, including the *Lau* complaint, shall be filed and
24 served no later than December 22, 2006.

25 3. The case management conference previously set in one of the consolidated actions
26 for December 1, 2006 at 10:30 a.m. should be re-set in the consolidated actions for February 23,
27 2007 at 10:30 a.m., in the Courtroom of the Honorable Jeremy Fogel.

28

| | | |
|---|---|---|
| 1 | Dated:  November 28, 2006 | SCHIFFRIN & BARROWAY LLP |
| | | ERIC L. ZAGAR |
| 2 | | SANDRA G. SMITH |
| 3 | | Proposed Co-Lead Counsel for Plaintiffs |
| 4 | | - and - |
| 5 | | BRAMSON, PLUTZIK, MAHLER & |
| | | BIRKHAEUSER, LLP |
| 6 | | ALAN R. PLUTZIK |
| | | L. TIMOTHY FISHER |
| 7 | | KATHRYN A. SCHOFIELD |
| 8 | | Counsel for Plaintiffs Donald W. Newman |
| | | and James McKenna |
| 9 | | |
| 10 | | |
| | | By _____ s/ Sandra G. Smith _____ |
| 11 | | |
| 12 | Dated:  November 28, 2006 | LERACH COUGHLIN STOIA GELLER |
| | | RUDMAN & ROBBINS LLP |
| 13 | | WILLIAMS S. LERACH |
| | | DARREN J. ROBBINS |
| 14 | | TRAVIS E. DOWNS III |
| | | SHAWN A. WILLIAMS |
| 15 | | |
| | | Proposed Co-Lead Counsel for Plaintiffs |
| 16 | | |
| | | - and - |
| 17 | | |
| | | SHUMAN & BERENS LLP |
| 18 | | KIP B. SHUMAN |
| 19 | | Counsel for Plaintiff Kenneth Lau |
| 20 | | |
| 21 | | By _____ s/ Aelish Baig _____ |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION TO RELATE AND CONSOLIDATE ACTIONS AND RE-SET CASE MANAGEMENT CONFERENCE
CASE NO. C 06-05157 JF
sf-2232553

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:  November 28, 2006              MORRISON & FOERSTER LLP
                                       DARRYL P. RAINS
                                       DIANE E. PRITCHARD


                                       By          s/  Diane E. Pritchard
                                                 Diane E. Pritchard
                                          Counsel for Defendants DITECH
                                          NETWORKS, INC., TIMOTHY K.
                                          MONTGOMERY, WILLIAM J.
                                          TAMBLYN, GREGORY M. AVIS,
                                          WILLIAM A. HASLER, and ANDREI M.
                                          MANOLIU

1  I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order (1) Relating and Consolidating Related Actions, (2) Appointing Co-Lead Plaintiff and Co-Lead Plaintiffs' Counsel, and (3) Re-Setting Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Sandra G. Smith and Aelish Baig, attorneys for plaintiffs, have concurred in this filing.

Dated:  November 28, 2006

MORRISON & FOERSTER LLP
DARRYL P. RAINS
DIANE E. PRITCHARD


By _____s/  Diane E. Pritchard_____
       Diane E. Pritchard
Counsel for Defendants DITECH NETWORKS, INC., TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN, GREGORY M. AVIS, WILLIAM A. HASLER, and ANDREI M. MANOLIU


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  11/28/06

_____
Honorable Jeremy Fogel
United States District Judge